■ ALBERT B. BELTON v PILVAX PRINTING CORPORATION et al.—Motion for leave to appeal as a poor person granted only to the extent indicated in the order of this court. Motion, insofar as it seeks the assignment of counsel, is denied *(Matter of Smiley,* 36 NY2d 433), and, insofar as it seeks a free copy of the transcript, is denied with leave to renew upon a further sworn affidavit setting forth his indigency, particularly with reference to any

assets or other retirement funds. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Silverman, JJ.